**Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-52334 |
| | ) | |
| ANDRE L. ROBINS and | ) | Chapter 7 |
| LADONNA R. ROBINS | ) | |
| | ) | |
| Debtors. | ) | Chief Judge Marilyn Shea-Stonum |

---

### AGREED ORDER APPROVING STIPULATION THAT DEBT DUE AND OWING TO THE STATE OF OHIO, DEPARTMENT OF JOB AND FAMILY SERVICES IS NONDISCHARGEABLE AND OTHER RELIEF

This cause came before the Court upon the motion filed by the State of Ohio, Department of Job and Family Services ("ODJFS") to approve a stipulation between ODJFS and the Debtor, LaDonna R. Robins aka LaDonna R. Prude-Robins (the "Debtor")[1] relating to the dischargeability of a certain debt due and owing by the Debtor to ODJFS (the Stipulation). By agreement and consent of ODJFS and the Debtor, the Court hereby finds as follows:

---

[1] LaDonna R. Robins aka LaDonna R. Prude-Robins filed a joint chapter 7 bankruptcy case, case no. 10-52334. The debt to ODJFS is only the responsibility of LaDonna R. Robins aka LaDonna R. Prude-Robins.

1.      As of the date of the filing of the bankruptcy petition the Debtor owes ODJFS the principal sum of $2,640.00 for fraudulently obtained unemployment compensation benefits plus interest as set forth in O.R.C. 4141.35 and 4141.23.(B)(2) and statutory collection fees as set forth in O.R.C. 131.02.

2.      The parties, ODJFS and the Debtor, wishing to amicably resolve the matter, have entered into a stipulation that is appended hereto as Exhibit A which, *inter alia*, finds that the amounts owed by the Debtor to ODJFS as a result of the Debtor having obtained unemployment compensation payments by fraud, together with related fees and charges as are more fully described in the Exhibit A Stipulation are held to be non-dischargeable and excepted from discharge pursuant to 11 USC §523(a)(2).

3.      ODJFS shall recover a judgment against the Debtor for all principal ($2,640.00), interest and statutory collections fees.

3.      Both parties, having been represented by counsel, and upon review of the stipulation by this Court, it is found that the stipulation is just and proper.

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that, pursuant to the agreement of the parties, the Motion is hereby granted and the Exhibit A Stipulation appended hereto submitted to the Court on November 10, 2010 is hereby approved.

        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

1.      Judgment is granted in favor of ODJFS against LaDonna R. Robins aka LaDonna Prude-Robins in the amount of $2,640.00 plus interest from and after June 1, 2008 at the statutory rate of fourteen percent (14%) per annum compounded monthly and collection fees in the amount of eleven percent (11%) of all sums received by or on behalf of ODJFS; and

2.      The Debtor, LaDonna R. Robins aka LaDonna Prude-Robins, may satisfy the Judgment by making the payments as set forth in the Stipulation appended hereto as Exhibit A, the terms of which are incorporated herein by reference and adopted as findings of fact and conclusions of law by this Court.

**IT IS SO ORDERED**

# # #

**SUBMITTED AND APPROVED BY,**

/s/ Donn D. Rosenblum
Donn D. Rosenblum (OH 0016552)
Principal Assistant Attorney General
150 East Gay Street, 21st Floor
Columbus, OH 43215
Tel: 614-728-5754
Fax: 877-591-5768
donn.rosenblum@ohioattorneygeneral.gov
Attorney for State of Ohio, Department of
Job and Family Services

**AGREED**

/s/ C. Y. Eric Holtz
Y. Eric Holtz  (OH 0084326)
333 S. Main Street, # 601
Akron, OH 44308
Tel: (330) 253-6264
Fax: (330) 253-6265
Email: Grahamlawoffice2@sbcglobal.net
Attorney for LaDonna R. Robins

**AGREED**

/s/ LaDonna R. Robins, Debtor
LaDonna R. Robins
1943 Northgate Circle
Akron, OH 44320

SERVICE LIST

A copy of this Order and the Exhibit A Stipulation shall be served upon the following persons by the means set forth in the manner set forth beneath their names and addresses:

Robert S. Thomas, II
Chapter 7 Trustee
1 S. Main Street, 2nd Floor
Akron, OH 44308
 (Electronic – ECF)

Donn D. Rosenblum
Principal Assistant Attorney General
150 East Gay Street, 21st Floor
Columbus, OH 43215
donn.rosenblum@ohioattorneygeneral.gov
(Electronic – ECF)

Y. Eric Holtz  (OH 0084326)
333 S. Main Street, # 601
Akron, OH 44308
Tel: (330) 253-6264
Fax: (330) 253-6265
Email: Grahamlawoffice2@sbcglobal.net
Attorney for Debtor, LaDonna R. Robins
(Electronic – ECF)

LaDonna R. Robins
1943 Northgate Circle
Akron, OH 44320-4229
Debtor
(Regular Mail)

Andre L. Robins
1943 Northgate Circle
Akron, OH 44320-4229
Debtor
(Regular Mail)